UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIODATA EDWARDS,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Civil Action No.
07-CV-15249

HON. BERNARD A. FRIEDMAN

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Magistrate Judge Donald A. Scheer has submitted a report and recommendation in which he recommends that defendant's motion to dismiss be denied. No objections to the report and recommendation have been filed. The court has reviewed the motion papers and the report and recommendation and is persuaded that the magistrate judge has correctly analyzed the issues. Accordingly,

IT IS ORDERED that Magistrate Judge Scheer's Report and Recommendation dated March 12, 2008, is accepted and adopted as the findings and conclusions of the court.

IT IS FURTHER ORDERED that defendant's motion to dismiss [docket entry 3] is denied.

                                        s/Bernard A. Friedman
Dated: April 1, 2008                BERNARD A. FRIEDMAN
    Detroit, Michigan           CHIEF UNITED STATES DISTRICT JUDGE